UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DUSTY KING** | **:** | **CIVIL ACTION NO. 2:23-CV-01335** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **LYONDELLBASELL INC., ET AL.** | **:** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Report and Recommendation [doc. 20] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 9] be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that non-diverse defendants **TONY WOOD**, **MARK MITCHELL, ZACK THOMPSON, JAMIE WEST, ANDY LANIER, LUKE FONTENOT**, and **TRISTAN HAGER** be and are hereby dismissed from this action without prejudice.

**THUS DONE AND SIGNED** in Chambers on the 26th day of August, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE